Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−12113−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Norberto Nunez
206 Doughty Road
Pleasantville, NJ 08232

Kennia I Nunez
206 Doughty Road
Pleasantville, NJ 08232

Social Security No.:
xxx−xx−6379

xxx−xx−2343

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on July 28, 2016.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 28, 2016
JJW: cmf

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-12113-JNP
Norberto Nunez                                                  Chapter 13
Kennia I Nunez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jul 28, 2016
                              Form ID: 148             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2016.
db/jdb         +Norberto Nunez,    Kennia I Nunez,    206 Doughty Road,    Pleasantville, NJ 08232-3428
cr             +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
516272643      +AmeriCredit Financial Services, Inc.,    Morton & Craig, LLC,    110 Marter Avenue, Suite 301,
                 Moorestown, NJ 08057-3125
516019670      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
515984481      +City of Pleasantville,    Attn.: Tax Collector,    18 N. First Street,
                 Pleasantville, NJ 08232-2647
515984485      +Lakeview Loan Servicing, LLC,    KML Law Group,    216 Haddon Ave., Suite 406,
                 Westmont, NJ 08108-2812
515984487      +Mariner Finance,    PO Box 44850,    Baltimore, MD 21236-6850
516181288      +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
516167558      +Midland Funding, LLC,    P.O. Box 2011,    Warren, MI 48090-2011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 28 2016 22:40:14      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 28 2016 22:40:12     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515984474      +E-mail/Text: mary.stewart@abcofcu.org Jul 28 2016 22:40:49     ABCO Federal Credit Union,
                 Po Box 247,   Rancocas, NJ 08073-0247
516272644       EDI: PHINAMERI.COM Jul 28 2016 22:23:00      AmeriCredit Financial Services, Inc.,
                 dba GM Financial,    4000 Embarcadero Dr.,    Arlington, Texas 76014
515984476      +EDI: PHINAMERI.COM Jul 28 2016 22:23:00      AmeriCredit/GM Financial,   Po Box 183583,
                 Arlington, TX 76096-3583
516008463       EDI: AIS.COM Jul 28 2016 22:18:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
515984478      +EDI: CAPITALONE.COM Jul 28 2016 22:23:00      Capital One,   Capital One Retail Srvs,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
515984477      +EDI: CAPITALONE.COM Jul 28 2016 22:23:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
515997366      +EDI: AISACG.COM Jul 28 2016 22:23:00      Capital One Auto Finance,
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
515997366      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 28 2016 23:32:54
                 Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
515984480      +EDI: CAPONEAUTO.COM Jul 28 2016 22:23:00      Capital One Auto Finance,   7933 Preston Rd,
                 Plano, TX 75024-2302
516081870       EDI: CAPITALONE.COM Jul 28 2016 22:23:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
516258249      +EDI: BASSASSOC.COM Jul 28 2016 22:23:00      Cavalry SPV I, LLC,   c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
515984482      +EDI: WFNNB.COM Jul 28 2016 22:23:00      Comenity Bank/vctrssec,   Po Box 182125,
                 Columbus, OH 43218-2125
515984483      +EDI: DCI.COM Jul 28 2016 22:23:00      Diversified Consultant,   PO Box 551268,
                 Jacksonville, FL 32255-1268
515984483      +E-mail/Text: bankruptcynotices@dcicollect.com Jul 28 2016 22:40:44      Diversified Consultant,
                 PO Box 551268,    Jacksonville, FL 32255-1268
516057114      +EDI: AISACG.COM Jul 28 2016 22:23:00      Exeter Finance Corp.,   c/o Ascension Capital Group,
                 P.O. Box 201347,    Arlington, TX 76006-1347
516057114      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 28 2016 23:32:43      Exeter Finance Corp.,
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
515984484      +EDI: IIC9.COM Jul 28 2016 22:23:00      IC Systems, Inc,   444 Highway 96 East,   Po Box 64378,
                 St Paul, MN 55164-0378
516038373       E-mail/Text: camanagement@mtb.com Jul 28 2016 22:40:01      Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 840,   Buffalo, NY 14240-0840
515984486       E-mail/Text: camanagement@mtb.com Jul 28 2016 22:40:01      M&T Bank,
                 1100 Wehrle Drive, 2nd Floor,    Buffalo, NY 14221
516106289       EDI: Q3G.COM Jul 28 2016 22:23:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
515984488      +EDI: RMSC.COM Jul 28 2016 22:23:00      Synchrony Bank/Walmart,   Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515984475*     +ABCO Federal Credit Union,    Po Box 247,   Rancocas, NJ 08073-0247
515984479*     +Capital One,   Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
515997384*     +Capital One Auto Finance,   c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
                                                                                   TOTALS: 0, * 3, ## 0

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jul 28, 2016
                              Form ID: 148             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2016 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               dcarlon@zuckergoldberg.com
              Francis P. Cullari    on behalf of Joint Debtor Kennia I Nunez cullari@comcast.net
              Francis P. Cullari    on behalf of Debtor Norberto  Nunez cullari@comcast.net
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                               TOTAL: 8
```