UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
_____
Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

**Order Filed on August 16, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:
**NORBERTO NUNEZ and
KENNIA I. NUNEZ,**
                **Debtors**

Case No.: 16-12113-JNP

Judge: Jerrold N. Poslusny, Jr.

## ORDER VACATING STAY

      The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

**DATED: August 16, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

2

| | |
|---|---|
| Debtor: | Norberto Nunez and Kennia I. Nunez |
| Case No.: | 16-12113-JNP |
| Caption of Order: | Order Vacating Stay as To Personal Property |

Upon consideration of Capital One Auto Finance, a division of Capital One N.A.'s Motion for an Order Vacating the Automatic Stay as to certain personal property hereinafter set forth, and good cause appearing; therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

☒ Personal property more fully described as:
**2015 KIA Optima Sedan 4D LX I4**
**V.I.N. KNAGM4A79F5556502**